UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GORDON T. JAMES, )<br>)<br>Defendant & Third- )<br>Party Plaintiff )<br>)<br>v. )<br>)<br>GMAC MORTGAGE, LLC, et al, )<br>)<br>Third-Party )<br>Defendants )<br>)<br>MAINE REVENUE SERVICES, )<br>)<br>Party-in-Interest ) | Civil No. 09-84-P-S |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 27) filed August 9, 2009, the Recommended Decision is **AFFIRME**D.

Accordingly, it is **ORDERED** (1) that the Motion to Strike (Docket No. 23) is **GRANTED;** and (2) that the Motion to Dismiss (Docket No. 15) is **GRANTED** as to third-party-defendant Wells Fargo, NA, and, as to Count II of the Counterclaim and Third-Party Complaint, in favor of Counterclaim Defendant and Plaintiff U.S. Bank National Association, and otherwise **DENIED.**

/s/George Z. Singal_____
U.S. District Judge

Dated: August 26, 2009